IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION as RECEIVER FOR TRIDENT GROWTH FUND, L.P., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-CV-1222-K |
| COTTONWOOD ADVISORS, LLC, DONALD R. BROOKS TRUST, GEORGE MOOREHEAD, TRIDENT ADVISORS, LLC, and TRDIENT MANAGEMENT, LLC, | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Donald R. Brooks Trust's ("Brooks Trust") Motion to Stay Plaintiff's Claims Pending Arbitration and Compel Arbitration (Doc. No. 52).  The Court has considered the Motion, the Response, and the applicable law.  The Court hereby **GRANTS** Brooks Trust's Motion (Doc. No. 52).

**SO ORDERED.**

Signed January 9th, 2013

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE